UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

REBECCA CARDENAS, O/B/O,
DAWN MENDOZA (DECEASED),

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-09-016-CI

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 29th day of October, 2009.

                JAMES R. LARSEN
                District Court Executive/Clerk

                by: _____
                         Deputy Clerk

cc: all counsel